

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR - 7 2013

JAMES N. HATTEN, Clerk
By: [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INFORMATION |
| v. | : | NO. 1:13-CR-064-ODE |
| | : | |
| MYRON ANTHWAN IRBY | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning in or about June 2011, and continuing until on or about October 21, 2011, in the Northern District of Georgia, the defendant, MYRON ANTHWAN IRBY, and other persons whose identities are known and unknown, did combine, conspire, confederate, agree, and have a tacit understanding to commit an offense against the United States, to wit: using a facility and means of interstate commerce to persuade, induce, entice, and coerce "V.S.," an individual who had not attained the age of 18 years, to engage in prostitution and sexual activity for which any person could be charged with a criminal offense, that is, a violation under the Official Code of Georgia Annotated, Sections 16-6-4 (child molestation), 16-6-9 (prostitution), 16-6-11 (pimping), 16-6-12 (pandering), and 16-4-1 (criminal attempt), in violation of Title 18, United States Code, Section 2422(b).

### MANNER AND MEANS OF THE CONSPIRACY

1. It was a part of the plan and purpose of the conspiracy that, during the course of their romantic relationship, IRBY would induce and entice V.S. to engage in prostitution or other sexual

activity and cause her to post advertisements on internet websites such as Backpage.com so that she could solicit customers for commercial sex.

2. It was a part of the plan and purpose of the conspiracy that IRBY would transport V.S. to her customers or "dates" for commercial sex and would benefit financially from V.S.'s sex acts.

## OVERT ACTS

1. In or around June 2011, the defendant, MYRON ANTHWAN IRBY, met V.S., then 16 years old and working as an escort, and began a romantic relationship with her.

2. Soon after beginning their romantic relationship, IRBY caused V.S. to live with him at his residence in Duluth, Georgia.

3. On or about June 24, 2011, V.S. posted an internet advertisement on Backpage.com to recruit commercial sex customers. The advertisement contained photographs of V.S. and promoted a "100 dollar [sic] special" for "sexy chocolate dipped in sugar." IRBY is listed as the customer who paid for the advertisement.

4. On June 24, 2011, IRBY transported V.S. using interstate highways from the Duluth, Georgia, area to the Kennesaw, Georgia, area to meet a customer for commercial sex. Prior to the meeting, the customer sent a text message to V.S.'s cellular telephone that stated, "Hey, tell ur boyfriend to turn around at my house."

5. On October 19, 2011, IRBY used his cellular telephone to communicate with V.S. using text messaging. In those text

messages, IRBY told V.S., "Bay. I don't know. Wht [sic] we gonna do iam [sic] spent out." V.S. replied using her cellular telephone and stated, "Im just gone have to post another ad bae....its gone all come together bae." IRBY replied, "Ok, bay iam [sic] in hole tho [sic]."

6. On October 21, 2011, IRBY transported V.S. using interstate highways from the Duluth, Georgia, area to the Sandy Springs, Georgia, area to meet with an undercover officer who IRBY and V.S. believed was a customer for commercial sex.

All in violation of Title 18, United States Code, Section 371.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

*/s/ Nekia S. Hackworth*
NEKIA S. HACKWORTH
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 394110

*/s/ Phyllis Clerk*
PHYLLIS CLERK
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 095325

600 U.S. Courthouse
75 Spring St., S.W.
Atlanta, GA  30303
Phone: (404) 581-6000
Fax: (404) 581-6181